# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>BRETT MICHAEL DADIG<br><br>*Defendant(s)* | )<br>)<br>) Case No.  25-mj-1855<br>)<br>)<br>) **[UNDER SEAL]**<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 2025-November 2025  in the county of  Allegheny  in the
Western  District of  Pennsylvania  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2261A(2)(A) and (B) | Cyberstalking - in and around August 2025 (Count One), July 2025 through November 2025 (Count Two), and August 2025 through October 2025 (Count Three) |

This criminal complaint is based on these facts:
Please see attached Affidavit.

☑ Continued on the attached sheet.

/s/Steven T. Nestoryak
*Complainant's signature*

Special Agent Steven T. Nestoryak, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  11/07/2025

*Judge's signature*

City and state:  Pittsburgh, Pennsylvania     Hon. Patricia L. Dodge, U.S. Magistrate Judge
*Printed name and title*