IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 25-mj-1855 |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT DADIG | ) | ELECTRONICALLY FILED |

<u>DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL</u>

AND NOW COMES, Defendant, Brett Dadig, by and through counsel, Michael E. Moser, Esquire, filing this Motion for Leave to File Under Seal, and in support thereof, avers as follows:

1. Counsel requests leave to file a document under seal as being the type permitted pursuant to F.R.Crim.P. 49.1(d).

2. Counsel is requesting leave to file under seal because the filing will include confidential information that should not be filed on the public docket.

3. Redaction is not a suitable alternative to filing under seal in this instance because redaction of confidential information contained would render the entire document meaningless.

4. Counsel requests leave to be excused from any requirement that he file a redacted version of the document.

-1-

WHEREFORE, the Defendant, Brett Dadig, respectfully requests that this Honorable Court grant the within Motion for Leave to File Under Seal and enter an Order permitting the filing of a Document Under Seal.

                                                 Respectfully submitted,

November 18, 2025                              By /s/ Michael E. Moser
                                                 Michael E. Moser, Esquire
                                                 Pa. I.D. No. 78844
                                                 The Law Office of Michael Moser
                                                 2661 Clearview Road - Suite 8
                                                 Allison Park, PA 15101
                                                 412 753 0400
                                                 memoser@comcast.net
                                                   mike@moserslaw.com