IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 2:25 CR 289 |
| vs. | ) | |
| | ) | Judge Marilyn J. Horan |
| BRETT MICHAEL DADIG | ) | Magistrate Judge Maureen Kelly |

## MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: _Michael Moyer (retained)_   Time: _1:14 pm - 1:20 pm_
Government: _Nicole Vasquez-Schmitt_

1. Date of Arraignment: _December 9th 2025_
2. Defendant is: ___X___ incarcerated.
   _____ on bond.
3. Defendant entered a plea of _not guilty_.
4. The parties were advised that all pretrial motions must filed within forty-five (45) days.
5. A Rule 16 conference: _____ has been held.
   ___Q___ has not been held.
6. Discovery is _____ completed   ___Q___ not completed.
7. Defendant has requested to be tried by: ___Q___ Jury
   _____ Non-Jury
8. All parties have been advised that the matter:
   _____ has been scheduled for trial for _____.
   _____ has not been scheduled for trial.
   ___✓___ has not been scheduled for trial, but will be notified.
9. Estimated trial length: _10 days → govt. & 3 days - defense = 13 days_
10. Defendant: ___✓___ has been processed by U.S. Marshal.
    _____ has not been processed by U.S. Marshal, but has been advised to be processed.

_/s/ Maureen P. Kelly_
Maureen P. Kelly
United States Magistrate Judge