IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

BRETT MICHAEL DADIG

Criminal No. 2:25-cr-289

## ARRAIGNMENT PLEA

Defendant BRETT MICHAEL DADIG being arraigned, pleads ___Not Guilty___ in open Court this ___9___ day of ___December___, 20 ___25___

_____
(Defendant's Signature)

_____
(Attorney for Defendant)