IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. 2: 25 CR 289 |
| ) | |
| Brett Michael Dadig ) | |

WAIVER OF DETENTION HEARING

I understand that I have the right to a detention hearing in connection with the federal charges that have been brought against me.

I hereby waive my right to a detention hearing at this time reserving the right to request a detention hearing if and when the issue becomes relevant.

_____
SIGNATURE OF DEFENDANT

DATE: 12/9/25

_____
COUNSEL FOR DEFENDANT

ORDER OF DETENTION

AND NOW, this __9th__ day of __December__, __2025__,

IT IS HEREBY ORDERED that the government's request for detention is GRANTED pending further consideration if and when the issue of bail becomes relevant.

Hearing cancelled for 12/15/25.

_____
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE