IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 25-289 |
| | ) | |
| BRETT MICHAEL DADIG | ) | |

## **ORDER**

AND NOW, this 22nd day of DECEMBER, 2025, upon due consideration of the Government's Unopposed Motion for a Protective Order, it is HEREBY ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that:

1.     The discovery materials and victim impact statements referenced in the government's motion, including any future disclosures of discovery that identify witnesses and/or victims of the charged crimes (together, the "Protected Material"), shall not be further disseminated by the defendant, or his respective counsel of record, or any individual associated with them, to any individuals, organizations or other entities, other than persons formally engaged to assist in the defense (defined as persons who are included within the attorney-client privilege, regardless of whether they receive remuneration), including experts retained by the defendant in connection with the criminal case.

2.     The defendant, including defendant's counsel and persons engaged to assist in the defense, may use the Protected Material only for the limited purpose of defending the criminal case and not for any other purpose.

3.     Each of the individuals to whom disclosure is made pursuant to the above provisions shall be provided a copy of this protective order and will be advised that he or she shall

not further disseminate the Protected Material absent an order from this Court.

    4.    The Protected Material shall be retained by defense counsel and no copies will be left with the defendant or his family members, friends, or associates, with the following exception:

    a.    If the defendant remains incarcerated at the Butler County Prison, he will be provided with the Protected Material (minus the victim impact statements) on encrypted drive(s). Pursuant to the policies and procedures of the Butler County Prison, the defendant will be permitted to use that drive(s) in the prison discovery room, which has computers that do not have access to the internet and are not connected to a printer. The drive(s) will be given to the defendant when he enters the designated room and returned to Butler County Prison officials when the defendant exits the room, at which time the drive(s) will be returned to secure storage. The defendant will view the discovery only while alone in the designated room, and he shall terminate his review of the discovery if at any time another prisoner is permitted to enter the computer room. This exception applies only while the defendant is detained at the Butler County Prison. If at any point he is transferred to a different facility or released from custody, this exception shall not apply.

    5.    All copies of the Protected Material provided to defense counsel shall be returned to the United States upon completion of any prosecution.

 

                                   HONORABLE MARILYN J. HORAN
                                   United States District Judge

cc:    Counsel of record