**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 2:25 CR 00289 |
| | : | |
| Brett Michael Dadig, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S POSITION WITH RESPECT TO SENTENCING FACTORS**
**(OBJECTIONS, CORRECTIONS AND CLARIFICATIONS RELATING TO PSR (DKT # 52))**[1]

Defendant Brett Michael Dadig, by counsel, Christopher M. Capozzi, Esquire, pursuant to Local Rule 32(C)(4), states as follows:

A. ***Objections, Corrections and Clarifications to PSR.***

Mr. Dadig has reviewed the Presentence Investigation Report ("PSR") prepared by United States Probation Officer Rick Gama. *DKT # 52*.

(1) *Objections*: None.

(2) *Corrections*: None.

(3) *Clarifications*. *Part D. Sentencing Options. Custody. Paragraph 138* states:

> Counts 1 & 3: The minimum term of imprisonment is one year and the maximum term is five years per count. 18 U.S.C. §§ 2261A(2)(A) and 2261(b)(6).

The Probation Officer takes no position concerning whether the sentences at Counts 1 and 3 must be consecutive. Mr. Dadig's position is that the Court retains the discretion to impose concurrent sentences. 18 U.S.C. § 3584 (multiple terms imposed at the same time run concurrently unless the court orders, or a statute mandates, that they run consecutively); 18 U.S.C. §§ 2261A and 2261(b)(6)(neither expressly requires consecutive terms); *cf.* 18 U.S.C. §§ 924(c) and 1028A

[1] Counsel used proprietary and secure artificial intelligence tools from Thomson Reuters – Westlaw (Advantage and Co-Counsel) and Anthropic (Claude.ai) in the course of research, analysis, and drafting.

(expressly precluding concurrent sentences); *see also Dean v. United States*, 581 U.S. 62 (2017) (court's sentencing discretion constrained where a statute mandated consecutive sentences).

B. ***Position With Respect to 18 U.S.C. § 3553(a) Sentencing Factors***

Mr. Dadig will submit a sentencing memorandum addressing the sentencing factors set forth in 18 U.S.C. § 3553(a) and requesting a variance from the advisory sentencing guideline range.

Respectfully submitted,

/s/ Chris Capozzi

______________________________

Christopher M. Capozzi, PA ID # 77162
100 Ross Street, Suite 340
Pittsburgh, PA 15219
Tel: 412-471-1648
Fax: 412-592-0340
E-Mail: chris@cmcapozzilaw.com

**CERTIFICATE OF SERVICE**

I, Christopher M. Capozzi, hereby certify that on July 29, 2026, a copy of the foregoing was filed electronically with the Clerk of Courts for the United States District Court for the Western District of Pennsylvania.

/s/ Chris Capozzi

______________________________

Christopher M. Capozzi (ID # 77162)