IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 25-289 |
| v. | ) | Hon. Marilyn J. Horan |
| | ) | United States District Court Judge |
| BRETT MICHAEL DADIG | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S POSITION**
**WITH RESPECT TO SENTENCING FACTORS**

AND NOW, comes the United States of America, by and through Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Hillary Weaver, Assistant United States Attorney for said district, and respectfully submits the following Response to Defendant's Position with Respect to Sentencing Factors.

With respect to sentencing options, the Defendant argues that the Court retains the discretion to impose concurrent sentences at Counts One and Three, each of which carry a mandatory minimum sentence pursuant to 18 U.S.C.A. § 2261(b)(6). The Government concedes that there is no authority that requires this Court to run the mandatory minimum sentences at Counts One and Three consecutively. However, the Court may do so in its discretion after considering the factors set forth in 18 U.S.C. § 3553(a). *See* 18 U.S.C.A. § 3584(b).

Respectfully submitted,

TROY RIVETTI
United States Attorney

By: *<u>/s/ Hillary M. Weaver</u>*
HILLARY M. WEAVER
Assistant U.S. Attorney
Hillary.Weaver@usdoj.gov
PA ID No. 322545