**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 2:25 CR 00289 |
| | : | |
| Brett Michael Dadig, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW this 20th day of August, 2026, this matter having come before the Court on the Defendant's *Motion to*, it is hereby

ORDERED, ADJUDGED, and DECREED that the *Motion to File Under Seal An Unredacted Sentencing Memorandum* and Mr. Dadig is GRANTED and Mr. Dadig shall be permitted to file a copy of his Sentencing Memorandum and the Exhibits thereto under seal and such documents shall remain under seal until further Order of Court.

Marilyn J. Horan, J.