IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 25-289 |
| v. | ) | Judge Marilyn J. Horan |
| | ) | United States District Court Judge |
| BRETT MICHAEL DADIG | ) | |
| | ) | |

**ORDER**

AND NOW, this 11th day of September, 2026, upon due consideration of the Government's Motion to Preclude Cross-Examination of Victims at Sentencing Hearing, it is HEREBY ORDERED that said motion is GRANTED. Defense counsel is prohibited from cross-examining any victim who elects to provide a victim impact statement to the Court during the Defendant's sentencing hearing.

Marilyn J. Horan

HONORABLE MARILYN J. HORAN
United States District Judge