**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **Criminal No. 2:25-CR-00289** |
| **BRETT MICHAEL DADIG** | ) | |
| **Defendant.** | ) | |

**ORDER OF COURT**

AND NOW, this 20th day of October, 2026, upon consideration of the Government's oral Motion to Dismiss Count 5, 12 and 13 of the Indictment during the October 20, 2026 Sentencing (ECF no. 78), it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED. Counts 5, 12 and 13 of the indictment filed under Criminal Case No. 25-289 are hereby DISMISSED.

By the Court.

/s/ *Marilyn J. Horan*
United States District Judge